AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

District of   NEVADA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  2:09-cr-00483-JCM-RJJ |
| | ) | |
| WALTER FABIAN GUZMAN | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George U.S. Courthouse<br>333 Las Vegas Blvd., So.<br>Las Vegas, NV 89101<br>before: Magistrate Judge Nancy J. Koppe | Courtroom No.: | 3A |
|---|---|---|---|
| | | Date and Time: | 02/13/2017 at 10:30 a.m. |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:   February 10, 2017

*Judge's signature*

NANCY J. KOPPE, U.S. Magistrate Judge

*Printed name and title*



_X_ FILED   ___ RECEIVED
___ ENTERED   ___ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 10, 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY