RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
rebecca_levy@fd.org

Attorney for WALTER FABIAN GUZMAN

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>WALTER FABIAN GUZMAN,<br><br>        Defendant. | Case No. 2:09-cr-483-JCM-RJJ<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Kathryn C. Newman, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy Assistant Federal Public Defender, counsel for Walter Fabian Guzman that the Revocation Hearing currently scheduled on  Monday, February 27, 2017 at 10:00  a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.    Counsel for the defendant was only recently assigned this case and filed her notice of appearance, February 22, 2017 (ECF 32).

2. Defense counsel needs additional time review the petition, meet with the defendant in person out at Pahrump, and investigate the allegations, prior to proceeding with the revocation hearing

3. The parties agree to the need for continuance.

4. Defendant is detained but does not object to a continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 22nd day of February, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | */s/ Kathryn C. Newman*<br>By_____<br>KATHRYN C. NEWMAN<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WALTER FABIAN GUZMAN,<br><br>　　　　Defendant. | Case No. 2:09-cr-483-JCM-RJJ<br><br>**ORDER** |

　　　Based on the Stipulation of counsel, good cause appearing, and the best interests of justice being served by the granting of the requested continuance:

　　　IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled on Monday, February 27, 2017 at 10:00 a.m., be vacated and continued **Monday, April 3, 2017 at 10:30 a.m.**

　　　DATED this   24th   day of February, 2017.

　　　　　　　　　　　　　　　　　　　　　　　_/s/ James C. Mahan_
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3