RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
rebecca_levy@fd.org

Attorney for WALTER FABIAN GUZMAN

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-cr-483-JCM-RJJ |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Fifth Request) |
| WALTER FABIAN GUZMAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Kathryn C. Newman, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy Assistant Federal Public Defender, counsel for Walter Fabian Guzman that the Revocation Hearing currently scheduled on October 17, 2017 at 10:30 a.m.    a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than forty five (45) days.

This Stipulation is entered into for the following reasons:

1.    Defendant is detained but does not object to a continuance.

2.     Defendant also has charges pending in a multi defendant case Godina et. al, 2:13-cr-296-KJD-VCF, which are inextricably linked to the revocation petition. The trial date is currently set for December 4, 2017.

3.     Since the filing of the previous stipulation, defense counsel has continued diligently in reviewing additional discovery in the new case. However additional time is needed to resolve the pending charges, prior to proceeding with the revocation hearing

4.     The parties agree to the need for continuance.

5.     Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the Fifth request for continuance filed herein.

DATED this 16th day of October, 2017.

RENE L. VALLADARES
Federal Public Defender

STEVEN W. MYHRE,
Acting United States Attorney


*/s/ Rebecca A. Levy*
By_____

*/s/ Kathryn C. Newman*
By_____

REBECCA A. LEVY
Assistant Federal Public Defender

KATHRYN C. NEWMAN
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-cr-483-JCM-RJJ |
| Plaintiff, | **ORDER** |
| v. | |
| WALTER FABIAN GUZMAN, | |
| Defendant. | |

Based on the Stipulation of counsel, good cause appearing, and the best interests of justice being served by the granting of the requested continuance:

IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled on October 17, 2017 at 10:30 a.m., be vacated and continued to **December 4, 2017 at 10:00 a.m.**

DATED this ___16th___ day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE

3